UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| Corey Finkelstein, ) | Case No. 08-40743-HJB |
| ) | |
| Debtor ) | |
| _____) | |

TRUSTEE'S REQUEST FOR BAR DATE

Now comes John A. Burdick, Jr., Chapter 7 Trustee, and requests this Honorable Court issue a bar date. In support of this request, the Trustee states that there are assets in this case.

WHEREFORE, the Trustee requests that this Court issue a bar date.

John A. Burdick, Jr.
Chapter 7 Trustee

*/s/ John A. Burdick, Jr.*_____
John A. Burdick, Jr. (BBO#547650)
679 Pleasant Street
Paxton, Massachusetts 01612
(508) 752-4633
January 27, 2009