**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Corey S. Finkelstein<br>            Debtor, | Chapter: 7<br>Case No: 08–40743<br>Judge Henry J. Boroff |

## NOTICE TO CREDITORS TO FILE CLAIMS

It now appears that there may be sufficient funds to pay a dividend to unsecured creditors. The size of the dividend will depend on the claims that are filed and allowed. To participate in any distribution you must file a claim with the **OFFICE OF THE CLERK**, in one of the following locations.

- United States Bankruptcy Court
  1101 O'Neill Federal Building
  10 Causeway Street
  Boston, MA 02222–1074

- United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

A proof of claim form has been included with this notice for your convenience.

NO DIVIDEND CHECK LESS THAN $5.00 WILL BE ISSUED.

The last day of filing a claim is **4/28/09**

For further information, please contact the Trustee:

John A. Burdick
679 Pleasant Street
Paxton, MA 01612
508–752–4633

Date:1/28/09                                           James M. Lynch
                                                       Clerk, U.S. Bankruptcy Court

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT District of Massachusetts | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Corey S. Finkelstein | Case Number: 08-40743 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**        $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   **Describe:**

   **Value of Property:** $_____  **Annual Interest Rate**___%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any:** $_____  **Basis for perfection:** _____

   **Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0101-4          User: admin                  Page 1 of 2                  Date Rcvd: Jan 28, 2009
Case: 08-40743                Form ID: adintccl            Total Served: 42


The following entities were served by first class mail on Jan 30, 2009.
db           +Corey S. Finkelstein,    PO Box 126,    Medway, MA 02053-0126
aty          +Carl D. Aframe,    Aframe & Barnhill,    370 Main Street,    Suite 975,    Worcester, MA 01608-1761
aty          +David M. Nickless, Attorney,    Nickless & Phillips, PC,    625 Main Street,
               Fitchburg, MA 01420-3107
aty          +Gary M. Hogan,    Gilmore, Rees & Carlson, P.C.,    1000 Franklin Village Dr., Ste. 305,
               Franklin, MA 02038-4002
aty          +John A. Burdick, Jr.,    John A. Burdick, Jr.,    679 Pleasant Street,    Paxton, MA 01612-1380
aty          +Laura L. Mann,    221 East Main St.,    Milford, MA 01757-2825
aty          +Matthew J. McGowan,    Salter, McGowan, Sylvia & Leonard, Inc.,,    321 South Main Street,
               Suite 301,    Providence, RI 02903-7113
aty          +Thomas I. Elkind,    Foley & Lardner LLP,    111 Huntington Avenue,    Boston, MA 02199-7682
tr           +John A. Burdick,    679 Pleasant Street,    Paxton, MA 01612-1380
intp         +Gerard A. Cyr,    Malik & Cyr,    68 Commercial Wharf,    Boston, MA 02110-3878
cr           +Key Bank USA, N.A.,    c/o Matthew J. McGowan, Esquire,    Salter McGowan Sylvia & Leonard, Inc.,
               321 South Main Street,    Providence, RI 02903-7113
cr           +Marc W.L. Mann,    16 Oak Tree Drive,    Milford, MA 01757-3459
16476126      ADVANTA CREDIT CORP.,    P.O. BOX 30715,    SALT LAKE CITY, UT 84130-0715
16576278     +American General Finance &#092; accnt # 8924,    AIG Bank,    P.O. Box 3121,
               Evansville IN 47731-3121
16476128      BANK OF AMERICA,    P.O. BOX 1070,    NEWARK, NJ 07101-1070
16476127     +BANK OF AMERICA,    201 N. TRYON STREET,    CHARLOTTE, NC 28255-0001
16476130     +BAY STATE A/C & REFRIGERATION, INC.,    P.O. BOX 427,    NORTHBRIDGE, MA 01534-0427
16476133     +CHERYL ROSENBERG,    24 FAIRVIEW COURT,    GRAND ISLAND, NY 14072-2948
16476134     +CITIZENS BANK,    1 CITIZENS DRIVE,    RIVERSIDE, RI 02915-3000
16476583     +Corey S. Finkelstein,    188 Horne Way,    Millbury, MA 01527-1961
16476136      DEDHAM INSTITUTION FOR SAVINGS,    P.O. BOX 51370,    BOSTON, MA 02205-1370
16476135     +DEDHAM INSTITUTION FOR SAVINGS,    55 ELM STREET,    DEDHAM, MA 02026-5996
16476137     +DR. MARTIN J. KELLY,    850 BOYLSTON STREET,    CHESTNUT HILL, MA 02467-2477
16515328     +FIA Card Services,    PO Box 22002,    Greensboro, SC 27420-2002
16515329     +FIA Card Services. N.A.,    1100 N. King Street,    Wilmington, DE 19884-0011
16476138     +FOLEY & LARDNER,    111 HUNTINGTON AVENUE,    BOSTON, MA 02199-7682
16476140      JFK BUILDING,    BOSTON, MA 02203
16476141     +KEYBANK NA,    P. O. BOX 94825,    CLEVELAND, OH 44101,    KEYBANK, USA, NA,    P.O. BOX 94620,
               CLEVELAND, OH 44101-4620
16476142     +LAWSON & WIETZEN,    88 BLACK FALCON AVENUE,    BOSTON, MA 02210-2449
16476143     +LIBERTY UNLIMITED REALTY ADVISOR,    120 LEE DRIVE,    CONCORD, MA 01742-1511
16476144      MARC MANN,    16 OAK TREE,    MILFORD, MA 01757
16476145      MASSACHUSETTS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P.O. BOX 9564,
               BOSTON, MA 02114-9564
16476146     +MCGOVERN APPRAISALS, SERVICE, INC.,    29 COTTAGE AVENUE, SUITE 5,    QUINCY, MA 02169-5268
16476148     +MILFORD LIMITED PARTNERSHIP,    P.O. BOX 126,    MEDWAY, MA 02053-0126
16515330      Newport Harbor Hotel & Marina,    49 American Cup Way,    Holliston, MA 01746
16476149     +PENNEY KEYES,    635 MARSHALL STREET,    HOLLISTON, MA 01746-1418
16476150     +ROBERT BURGER,    11 BEACON STREET, SUITE 1210,    BOSTON, MA 02108-3016
16476152      STRATA BANK,    P.O. BOX 408,    FRANKLIN, MA 02038-0408
16476151     +STRATA BANK,    81 MAIN STREET,    MEDWAY, MA 02053-1867
16515331     +Somerset Marine Inc.,    3828 Riverside Ave.,    Somerset, MA 02726-5536
16476129    ++TD BANKNORTH NA,    PO BOX 9547,    ME 100-39,    PORTLAND ME 04112-9547
             (address filed with court: BANKNORTH,    P.O. BOX 5600,    LEWISTON, ME 04243=5600)

The following entities were served by electronic transmission on Jan 28, 2009.
aty          +EDI: QJABURDICK.COM Jan 28 2009 18:23:00      John A. Burdick, Jr.,    John A. Burdick, Jr.,
               679 Pleasant Street,    Paxton, MA 01612-1380
tr           +EDI: QJABURDICK.COM Jan 28 2009 18:23:00      John A. Burdick,    679 Pleasant Street,
               Paxton, MA 01612-1380
ust          +E-mail/Text: USTPRegion01.WO.ECF@usdoj.gov                            Richard King,
               Office of US. Trustee,    446 Main Street,    14th Floor,    Worcester, MA 01608-2361
16476127     +EDI: BANKAMER2.COM Jan 28 2009 18:23:00      BANK OF AMERICA,    201 N. TRYON STREET,
               CHARLOTTE, NC 28255-0001
16476129      EDI: TDBANKNORTH.COM Jan 28 2009 18:23:00      BANKNORTH,    P.O. BOX 5600,
               LEWISTON, ME 04243=5600
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Cheryl Rosenberg
app           F.W. Bucklin Appraisal Company
cr            Penney Keyes
16476139      INTERNAL REVENUE SERVICE,    SPECIAL PROCEDURES FUNCTION,    STOP 20800,    P.O. BOX 9112
cr*          +Strata Bank,    81 Main Street,    Medway, MA 02053-1867
                                                                                              TOTALS: 4, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0101-4           User: admin              Page 2 of 2              Date Rcvd: Jan 28, 2009
Case: 08-40743                 Form ID: adintccl        Total Served: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 30, 2009**                    **Signature:**    _Joseph Speetjens_