UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>COREY S. FINKELSTEIN,<br>    Debtor | Chapter 7<br>Case No. 08-40743 |

## EMERGENCY MOTION TO STAY ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE TO APPROVE SETTLEMENT AGREEMENT WITH PENNEY KEYES

NOW COMES the Debtor and moves that this Court stay its Order approving the Motion of the Chapter 7 Trustee to Approve Settlement Agreement with Penney Keyes (Settlement Agreement) pending resolution of the Debtor's Motion to Vacate and to entertain the Debtor's opposition to the Motion to Settle.

In support thereof, the Debtor indicates as follows:

1) On 11/16/09 Debtor and Trustee extended the time to file opposition.
2) On 11/23/09 Debtor and Trustee extended to 12/2/09 the date to file objection.
3) On 11/27/09 at 10:44 PM, Tom Elkind, Penny's Counsel, gave permission with the Trustee for Debtor to file his opposition until 12/7/09. See Exhibit One to the Opposition to the Motion to Vacate.
4) On 12/7/09 at approximately 10:00 AM, John Burdick and Carl Aframe agreed Aframe would have until 12/11/09 to file his opposition to the settlement agreement.
5) Burdick agreed based upon his and Aframe's understanding that settlement discussions were on going as of that time.
6) On 12/7/09 at 12:44 PM, Probate Counsel for Debtor informed Aframe that he was concerned that Penny's counsel was not getting back to him and was afraid that the settlement agreement was falling apart.
7) On 12/7/09 at 2:00 PM, the order approving the settlement entered.
8) On 12/8/09 at 10:00 AM, Counsel filed the Assented Motion to Revoke order and Motion to Extend Time for Debtor to file opposition.
9) On 12/9/09 at 10:16 AM Elkind told Debtor's Divorce Counsel that settlement was rejected.

10) On 12/9/09 Trustee indicated that he intended to withdraw his Assent to Motion to Vacate since his initial assent was based upon the ongoing potential settlement prospects in divorce proceedings.
11) On 12/11/09 Counsel filed his opposition within terms of the extension granted by the trustee.
12) The Debtor requests the court to stay the order of 12/7/09 approving the compromise until such time as the court can resolve the opposition to the settlement agreement timely filed by the debtor.

WHEREFORE, the Debtor respectfully requests that this Court stay its Order approving the Motion of the Chapter 7 Trustee to Approve Settlement Agreement with Penney Keyes pending resolution of the Debtor's Motion to Vacate.

Respectfully Submitted by,
Debtor, by his Counsel,

/s/ Carl D. Aframe

Carl D. Aframe, Esq.
(BBO#012780)
Jeffrey R. Goodwin, Esq.
(BBO # 668445)
AFRAME & BARNHILL, PA
108 Grove Street, Suite 2
Worcester, MA 01605
(508) 756-6940
Fax: (508) 753-8219
aframe@aframebarnhill.com
goodwin@aframebarnhill.com

December 10, 2009

## **CERTIFICATE OF SERVICE**

I, Carl D. Aframe, do hereby certify that I will, immediately upon receipt of the notice of electronic service, serve a copy of the within document by mailing the same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

Corey S. Finkelstein
PO Box 126
Medway, MA 02053

Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608

John A. Burdick
679 Pleasant Street
Paxton, MA 01612

Thomas I. Elkind
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199

Gary M. Hogan
Gilmore, Rees & Carlson, P.C.
1000 Franklin Village Dr., Ste. 305
Franklin, MA 02038

Laura A. Mann
221 East Main St.
Milford, MA 01757

Matthew J. McGowan
Salter, McGowan, Sylvia & Leonard, Inc.,
321 South Main Street
Suite 301
Providence, RI 02903

David M. Nickless, Esq.
Nickless & Phillips, PC
625 Main Street
Fitchburg, MA 01420

Gerard A. Cyr, Esq.
Malik & Cyr
68 Commercial Wharf
Boston, MA 02110

Advanta Bank Corp.
P.O. Box 3001
Malvern, PA 19355-0701

ADVANTA CREDIT CORP.
P.O. BOX 30715
SALT LAKE CITY, UT 84130-0715

American General Finance \ accnt # 8924
AIG Bank
P.O. Box 3121
Evansville IN 47731

BANK OF AMERICA
201 N. TRYON STREET
CHARLOTTE, NC 28255

BANK OF AMERICA
P.O. BOX 1070
NEWARK, NJ 07101-1070

BANKNORTH
P.O. BOX 5600
LEWISTON, ME 04243-5600

BAY STATE A/C & REFRIGERATION, INC.
P.O. BOX 427
NORTHBRIDGE, MA 01534

CHERYL ROSENBERG
24 FAIRVIEW COURT
GRAND ISLAND, NY 14072

CITIZENS BANK
1 CITIZENS DRIVE
RIVERSIDE, RI 02915

Corey S. Finkelstein
188 Horne Way
Millbury, MA 01527

DEDHAM INSTITUTION FOR SAVINGS
55 ELM STREET
DEDHAM, MA 02026

DEDHAM INSTITUTION FOR SAVINGS
P.O. BOX 51370
BOSTON, MA 02205-1370

DR. MARTIN J. KELLY
850 BOYLSTON STREET
CHESTNUT HILL, MA 02467

FIA Card Services
PO Box 22002
Greensboro, SC 27420

FIA CARD SERVICES, NA/BANK OF AMERICA
BY AMERICAN INFOSOURCE LP AS ITS AGENT
PO Box 248809
Oklahoma City, OK 73124-8809

FIA Card Services. N.A.
1100 N. King Street
Wilmington, DE 19884

FOLEY & LARDNER
111 HUNTINGTON AVENUE
BOSTON, MA 02199

Glenn Maurice
500 Mendon Road, Unit 9
Cumberland, RI 02864

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES FUNCTION
STOP 20800
P.O. BOX 9112
JFK BUILDING
BOSTON, MA 02203

KEYBANK
POB 94968
CLEVELAND, OH 44101

KEYBANK, USA, NA
P.O. BOX 94620
CLEVELAND, OH 44101

Kymberly K. and Howard R. Issler
725 Central Avenue
Johnston, RI 02919

Lawson & Weitzen LLP
c/o James M. Henry
88 Black Falcon Ave.
Boston, MA 02210

LAWSON & WIETZEN
88 BLACK FALCON AVENUE
BOSTON, MA 02210-1736

MARC MANN
16 OAK TREE
MILFORD, MA 01757

LIBERTY UNLIMITED REALTY ADVISOR
120 LEE DRIVE
CONCORD, MA 01742

MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P.O. BOX 9564
BOSTON, MA 02114-9564

MCGOVERN APPRAISALS, SERVICE, INC.
29 COTTAGE AVENUE, SUITE 5
QUINCY, MA 02169

MILFORD LIMITED PARTNERSHIP
P.O. BOX 126
MEDWAY, MA 02053

Newport Harbor Hotel & Marina
49 American Cup Way
Holliston, MA 01746

PENNEY KEYES
635 MARSHALL STREET
HOLLISTON, MA 01746

Ram Auto Sales
288 Market Street
Warren, RI 02885

ROBERT BURGER
11 BEACON STREET, SUITE 1210
BOSTON, MA 02108

Somerset Marine Inc.
3828 Riverside Ave.
Somerset, MA 02726

STRATA BANK
81 MAIN STREET
MEDWAY, MA 02053

STRATA BANK
P.O. BOX 408
FRANKLIN, MA 02038

F.W. Bucklin Appraisal Company
420 Main Street
Walpole, MA 02081

Michael F. Hill, CPA
25 Orchard Lane
Wayland, MA 01778

KeyBank
C/O Weltman, Weinberg & Reis, Co., LPA
323 W. Lakeside Avenue, 2nd Floor
Cleveland, OH 44113

Advanta Bank Corp.
C/O Beckett & Lee LLP
P.O. Box 3001
Malvern, PA 19355

American InfoSource LP as agent for
FIA Card Services, NA/Bank of America
P.O. Box 248809
Oklahoma City, OK 73124

/s/ Carl D. Aframe
_____

DATED: December 10, 2009

Carl D. Aframe, Esq.
(BBO#012780)