UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 08-40743 |
| COREY S. FINKELSTEIN, | ) | |
| Debtor | ) | |
| | ) | |

## WITHDRAWAL OF ASSENT TO MOTION TO VACATE ORDER APPROVING MOTION TO APPROVE SETTLEMENT AGREEMENT AND TO EXTEND DEADLINE FOR OBJECTING TO MOTION TO APPROVE

Now comes John A. Burdick, Jr., Chapter 7 Trustee, and withdraws his assent to the Motion to Vacate Order Approving Motion to Approve Settlement Agreement and to Extend Deadline for Objecting to Motion to Approve. In support of this request, the Trustee states that based upon the verbal representation by Attorney Aframe that the parties were involved in settlement discussions, he gave his assent. However, Attorney Aframe did not notify the Trustee, in either written or verbal form, that the settlement discussions had broken down and proceeded to file the Assented to Motion to Vacate Order Approving Motion to Approve Settlement Agreement and to Extend Deadline for Objecting to Motion to Approve on December 8, 2009. By Attorney Aframe's own admission in his Emergency Motion to Stay Order Approving Motion of Chapter 7 Trustee to Approve Settlement Agreement with Penney Keyes, the Trustee's assent was based solely on Attorney Aframe's representation that the parties were in settlement discussions.

WHEREFORE, the Trustee requests permission to withdraw his assent to the Motion to Vacate Order Approving Motion to Approve Settlement Agreement and to Extend Deadline for Objecting to Motion to Approve and for any such further relief this Court deems just and proper.

                John A. Burdick, Jr.
                Chapter 7 Trustee

*/s/ John A. Burdick, Jr.*
John A. Burdick, Jr. (bbo#547650)
679 Pleasant Street
Paxton, Massachusetts 01612
(508) 752-4633
jburdicklaw@yahoo.com
December 11, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 08-40743 |
| COREY S. FINKELSTEIN, | ) | |
| Debtor | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I, John A. Burdick, Jr., Esquire, hereby certify that on the 11th day of December, 2009, I forwarded a copy of the Withdrawal of Assent to the Motion to Vacate Order Approving Motion to Approve Settlement Agreement and to Extend Deadline for Objecting to Motion to Approve by mailing first class, postage prepaid, to the attached list and by ECF Notification to the following:

- Carl D. Aframe    aframe@aframebarnhill.com, starkova@aframebarnhill.com;graves@aframebarnhill.com;goodwin@aframebarnhill.com;bergeron@aframebarnhill.com

- Thomas I Elkind    telkind@foley.com, arezek@foley.com

- Thomas I. Elkind    , arezek@foley.com

- Gary M. Hogan    ghogan@grccpc.com, tmb@grcpc.com

- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV

- Laura A. Mann    laura@mannatlaw.com

- Matthew J. McGowan    mmcgowan@smsllaw.com, jpadula@smsllaw.com;cciresi@smsllaw.com

- David M. Nickless    dnickless.nandp@verizon.net

/s/ John A. Burdick, Jr.
John A. Burdick, Jr., Esquire
(bbo#547650)

Corey S. Finkelstein
PO Box 126
Medway, MA 02053

ADVANTA CREDIT CORP.
P.O. BOX 30715
SALT LAKE CITY, UT 84130-0715

BANK OF AMERICA
201 N. TRYON STREET
CHARLOTTE, NC 28255

BANK OF AMERICA
P.O. BOX 1070
NEWARK, NJ 07101-1070

BANKNORTH
P.O. BOX 5600
LEWISTON, ME 04243=5600

BAY STATE A/C & REFRIGERATION, INC.
P.O. BOX 427
NORTHBRIDGE, MA 01534

CHERYL ROSENBERG
24 FAIRVIEW COURT
GRAND ISLAND, NY 14072

CITIZENS BANK
1 CITIZENS DRIVE
RIVERSIDE, RI 02915

DEDHAM INSTITUTION FOR SAVINGS
55 ELM STREET
DEDHAM, MA 02026

DR. MARTIN J. KELLY
850 BOYLSTON STREET
CHESTNUT HILL, MA 02467

FIA Card Services
PO Box 22002
Greensboro, SC 27420

FIA Card Services. N.A.
1100 N. King Street
Wilmington, DE 19884

FOLEY & LARDNER
111 HUNTINGTON AVENUE
BOSTON, MA 02199

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES FUNCTION
P.O. BOX 9112
BOSTON, MA 02203

KEYBANK NA
P. 0. BOX 94825
CLEVELAND, OH 44101

KEYBANK, USA, NA
P.O. BOX 94620
CLEVELAND, OH 44101

LAWSON & WIETZEN
88 BLACK FALCON AVENUE
BOSTON, MA 02210-1736

LIBERTY UNLIMITED REALTY ADVISOR
120 LEE DRIVE
CONCORD, MA 01742

Marc W.L. Mann
16 Oak Tree Drive
Milford, MA 01757

MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P.O. BOX 9564
BOSTON, MA 02114-9564

MCGOVERN APPRAISALS, SERVICE, INC.
29 COTTAGE AVENUE, SUITE 5
QUINCY, MA 02169

MILFORD LIMITED PARTNERSHIP
P.O. BOX 126
MEDWAY, MA 02053

Newport Harbor Hotel & Marina
49 American Cup Way
Holliston, MA 01746

Ram Auto Sales
288 Market Street
Warren, Rhode Island 02885

ROBERT BURGER
11 BEACON STREET, SUITE 1210
BOSTON, MA 02108

STRATA BANK
81 MAIN STREET
MEDWAY, MA 02053

STRATA BANK
P.O. BOX 408
FRANKLIN, MA 02038-0408

Somerset Marine Inc.
3828 Riverside Ave.
Somerset, MA 02726

Gerard A. Cyr
Malik & Cyr
68 Commercial Wharf
Boston, MA 02110

F.W. Bucklin Appraisal Company
420 Main Street
Walpole, MA 02081

Advanta Bank Corp.
c/o Beckett & Lee
Post Office Box 3001
Malvern, PA 19355

American General Finance
AIG Bank
Post Office Box 3121
Evansville, Indiana 47731

Glen Maurice
500 Mendon Road, Unit 9
Cumberland, Rhode Island 02864

Robert Burger
11 Beacon Street, Ste. 1210
Boston, MA 02108

Kimberly and Howard Issler
725 Central Avenue
Johnston, RI 02919