UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Corey S. Finkelstein, ) | Chapter 7 |
| ) | Case No. 08-40743-HJB |
| Debtor ) | |
| _____) | |

TRUSTEE'S RESPONSE TO ASSENTED TO MOTION TO CONTINUE HEARING
SCHEDULED FOR DECEMBER 16, 2009 AT 9:00 A.M.

Now comes John A. Burdick, Jr., Chapter 7 Trustee, and states that he is unavailable on December 17, 2009 due to a previously scheduled Trustee Rotation wherein he will be conducting Section 341 meetings in approximately 50 cases. The Trustee further states that he is unavailable on December 18, 2009 due to a previously scheduled public auction that he is required to be present at being conducted in East Longmeadow, Massachusetts in another case in which he is the Chapter 7 Trustee. The Trustee respectfully requests that the hearing be continued to a date after December 18, 2009. The Trustee further submits for scheduling purposes only that he will be on a preplanned vacation from December 28, 2009 through January 3, 2010.

John A. Burdick, Jr.
Chapter 7 Trustee

*/s/ John A. Burdick, Jr.*
John A. Burdick, Jr.
(BBO#547650)
679 Pleasant Street
Paxton, Massachusetts 01612
(508) 752-4633
jburdicklaw@yahoo.com
December 14, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:                              )
                                    )
Corey S. Finkelstein,               )        Chapter 7
                                    )        Case No. 08-40743-HJB
                    Debtor          )
_____ )

CERTIFICATE OF SERVICE

I, John A. Burdick, Jr., Esquire, hereby certify that on the 14th day of December, 2009, I forwarded a copy of the Trustee's Response to Assented to Motion to Continue Hearing Scheduled for December 16, 2009 by ECF Notification to the following:

- Carl D. Aframe    aframe@aframebarnhill.com, starkova@aframebarnhill.com;graves@aframebarnhill.com;goodwin@aframebarnhill.com;bergeron@aframebarnhill.com

- Thomas I Elkind    telkind@foley.com, arezek@foley.com

- Thomas I. Elkind    , arezek@foley.com

- Gary M. Hogan    ghogan@grccpc.com, tmb@grcpc.com

- Richard King    USTPRegion01.WO.ECF@USDOJ.GOV

- Laura A. Mann    laura@mannatlaw.com

- Matthew J. McGowan    mmcgowan@smsllaw.com, jpadula@smsllaw.com;cciresi@smsllaw.com

- David M. Nickless    dnickless.nandp@verizon.net

                                    */s/ John A. Burdick, Jr.*
                                    John A. Burdick, Jr., Esquire
                                    (BBO#547650)