# EXHIBIT A

CRTR2709-CR

**MASSACHUSETTS**
**MIDDLESEX PROBATE AND FAMILY COURT**
Public Docket Report

**MI05D0173DV1**
Finkelstein, Penney vs. Finkelstein, Corey

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Domestic Relations | **FILE DATE:** | 01/21/2005 |
| **ACTION CODE:** | DB | **CASE STATUS:** | Active |
| **DESCRIPTION:** | Divorce 1B | **STATUS DATE:** | 03/02/2009 |
| **CASE TRACK:** | | **RELATED CASE:** | |
| **CASE SESSION:** | Judge Gibson Session | **CASE JUDGE:** | Gibson, Hon. Dorothy M |

### PARTIES

**Plaintiff:** Penney Keyes Finkelstein
635 Marshall Street
HOLLISTON, MA 01746

**Pro Se**  450640
Douglas S. Segal
Foley & Lardner LLP
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
Work Phone (617)342-4000
Work Phone (978)744-0210
Work Phone
Added Date: 05/13/2009

**Private Counsel**  260720
Robert J. Kates
Foley & Lardner LLP
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
Work Phone (617)342-4000
Added Date: 01/21/2005

**Defendant:** Corey Steven Finkelstein
3862 Riverside Ave.
Somerset, MA 02726

**Pro Se**  PROPER
. Pro Se
Massachusetts Bar
Added Date: 05/13/2009

**Private Counsel**  111130
Gerard A. Cyr
Malik & Cyr
Malik & Cyr
68 Commercial Wharf
Boston, MA 02110
Work Phone (617)367-0662
Added Date: 01/07/2008

JUN 2 5 2009
MIDDLESEX, ss _____
PROBATE COURT
A TRUE COPY CERTIFIED
_Tara E. DeCristofaro_
REGISTER



Printed: 06/25/2009  10:33 am        Case No.: MI05D0173DV1

— R.1 —

CRTR2709-CR

**MASSACHUSETTS**
**MIDDLESEX PROBATE AND FAMILY COURT**
Public Docket Report

MI05D0173DV1
Finkelstein, Penney vs. Finkelstein, Corey

| | DOCKET ENTRIES | |
|---|---|---|
| Date | Reference | Description |
| 01/21/2005 | 1 | COMPLAINT FOR DIVORCE |
| 01/21/2005 | 2 | AFFIDAVIT DISCLOSING CARE AND CUSTODY PROCEEDINGS |
| 01/21/2005 | 3 | AFFIDAVIT OF PUBLIC ASSISTANCE |
| 01/21/2005 | 4 | PLAINTIFF'S UNIFORM COUNSEL CERTIFICATION FORM |
| 01/21/2005 | 5 | SUMMONS ISSUED |
| 02/09/2005 | 6 | SUMMONS FILED, DATE OF SERVICE 02/01/2005 |
| 02/16/2005 | 7 | COREY STEVEN FINKELSTEIN S ANSWER TO PLAINTIFF'S COMPLAINT FOR DIVORCE |
| 05/12/2005 | 8 | MOTION, CONTESTED scheduled on 6/1/05. |
| 05/19/2005 | 9 | PENNEY KEYES FINKELSTEIN 'S MOTION FOR TEMPORARY ORDERS FOR JOINT LEGAL CUSTODY, ALIMONY, CHILD SIPPORT, ETC. |
| 06/01/2005 | 10 | CFST scheduled on 8/11/05. |
| 06/01/2005 | 13 | MOTION FOR TEMPORARY ORDERS  SEE TEMPORARY ORDERS.  DOROTHY M. GIBSON , J.   ATTYS/PTYS ND 06/20/2005 |
| 06/01/2005 | 14 | H & W'S FINANCIAL STATEMENT |
| 06/01/2005 | 15 | STIPULATION OF THE PARTIES DATED 06/01/2005 |
| 06/01/2005 | 16 | TEMPORARY ORDER .  DOROTHY M. GIBSON , J.  ATTYS/PTYS ND 06/20/2005 |
| 06/01/2005 | 28 | TEMPORARY ORDER .  DOROTHY M. GIBSON , J.  ATTYS/PTYS ND 06/20/2005 |
| 06/01/2005 | | IMAGE ONLY: Order |
| 06/24/2005 | 11 | MOTION, CONTESTED scheduled on 7/6/05. |
| 07/06/2005 | 12 | MOTION, CONTESTED scheduled on 7/6/05 rescheduled for 7/27/05, to be heard by Judge Menno. |
| 07/07/2005 | 17 | PENNY KEYES FINKELSTEIN 'S MOTION TO CONTINUE HEARING ON MOTION WITH ASSENT |
| 07/18/2005 | 18 | COREY S. FINKELSTEIN 'S MOTION TO ORDER APPRAISAL OF PERSONAL PROPERTY |
| 07/27/2005 | 19 | MOTION TO ORDER APPRAISAL OF PERSONAL PROPERTY  ALLOWED.  JAMES MENNO , J.   ATTYS/PTYS ND 08/03/2005 |
| 07/27/2005 | 20 | PENNY FINKELSTEIN 'S MOTION FOR FURTHER TEMPORARY ORDERS |
| 07/27/2005 | 21 | MOTION FOR FURTHER TEMPORARY ORDERS  ALLOWED.  JAMES MENNO , J.   ATTYS/PTYS ND 08/03/2005 |
| 07/27/2005 | 22 | STIPULATION OF THE PARTIES DATED 07/27/2005 |
| 07/27/2005 | 23 | TEMPORARY ORDER .  JAMES MENNO , J.  ATTYS/PTYS ND 08/03/2005 |
| 08/11/2005 | 24 | CFST scheduled on 12/13/05. |
| 08/11/2005 | 29 | H & W'S FINANCIAL STATEMENT |
| 08/11/2005 | 30 | ORDER .  DOROTHY M. GIBSON , J.  ATTYS/PTYS ND 08/19/2005 |
| 08/11/2005 | 60 | PROPOSED DISCOVERY ORDERS FOLLOWING STATUS CONFERENCE .  DOROTHY M. GIBSON , J.  ATTYS/PTYS ND 08/19/2005 |

MASSACHUSETTS
MIDDLESEX PROBATE AND FAMILY COURT
Public Docket Report

MI05D0173DV1
Finkelstein, Penney vs. Finkelstein, Corey

| Date | Entry # | Description |
|---|---|---|
| 08/11/2005 | 61 | APPOINTING SPECIAL MASTER ORDER . DOROTHY M. GIBSON , J. ATTYS/PTYS ND 08/19/2005 |
| 08/11/2005 | | IMAGE ONLY: Order |
| 08/11/2005 | | IMAGE ONLY: Order |
| 08/22/2005 | 25 | MOTION, CONTESTED scheduled on 9/29/05. |
| 08/25/2005 | 31 | COREY S. FINKLESTEIN 'S MOTION FOR RELIEF FROM AUTOMATIC RESTRAINING ORDER |
| 08/29/2005 | 32 | PLAINTIFF'S CERTIFICATION OF COMPLETION OF PARENT EDUCATION PROGRAM |
| 09/19/2005 | 26 | MOTION, CONTESTED scheduled on 10/28/05. |
| 09/19/2005 | 33 | BOTH PARTIES 'S MOTION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM AUTOMATIC RESTRAINING ORDER |
| 09/19/2005 | 34 | MOTION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM AUTOMATIC RESTRAINING ORDER ALLOWED. DOROTHY M. GIBSON , J. ATTYS/PTYS ND 09/20/2005 |
| 10/03/2005 | 35 | DEFENDANT'S CERTIFICATION OF COMPLETION OF PARENT EDUCATION PROGRAM |
| 10/18/2005 | 36 | PENNY K. FINKELSTEIN 'S MOTION FOR HEALTH INSURANCE COVERAGE |
| 10/18/2005 | 37 | MOTION FOR HEALTH INSURANCE COVERAGE ALLOWED. WILLIAM F. McSWEENY III , J. ATTYS/PTYS ND 10/28/2005 |
| 10/28/2005 | 38 | PENNY KEYES FINKELSTEIN 'S FINANCIAL STATEMENT |
| 10/28/2005 | 39 | MOTION FOR RELIEF FROM AUTOMATIC RESTRAINING ORDER DENIED. WILLIAM F. McSWEENY III , J. ATTYS/PTYS ND 10/28/2005 |
| 10/28/2005 | 40 | TEMPORARY SCHEDULING ORDER ON COMPLAINT FOR DIVORCE FILED 01/21/2005 . WILLIAM F. McSWEENY III , J. ATTYS/PTYS ND 10/28/2005 |
| 11/13/2005 | 41 | COREY STEVEN FINKLESTEIN 'S MOTION FOR EXTENDING TIME FOR DISCOVERY |
| 11/21/2005 | 47 | PENNY FINKELSTEIN 'S MOTION FOR EXTENDING DISCOVERY DEADLINE |
| 12/02/2005 | 49 | SPECIAL MASTER'S REPORT FILED |
| 12/02/2005 | 50 | COREY STEVEN FINKELSTEIN 'S MOTION FOR FURTHER TEMPORARY ORDERS |
| 12/13/2005 | 27 | CFST scheduled on 5/5/06. |
| 12/13/2005 | 42 | MOTION FOR EXTENDING TIME FOR DISCOVERY . DOROTHY M. GIBSON , J. ATTYS/PTYS ND 12/20/2005 |
| 12/13/2005 | 43 | COREY S. FINKELSTEIN 'S FINANCIAL STATEMENT |
| 12/13/2005 | 44 | COREY S. FINKELSTEIN 'S MOTION FOR FURTHER TEMPORARY ORDER |
| 12/13/2005 | 45 | MOTION FOR FURTHER TEMPORARY ORDER DENIED. DOROTHY M. GIBSON , J. ATTYS/PTYS ND 12/21/2005 |
| 12/13/2005 | 46 | ORDER . DOROTHY M. GIBSON , J. ATTYS/PTYS ND 12/21/2005 |
| 12/13/2005 | 48 | MOTION FOR EXTENDING DISCOVERY DEADLINE ALLOWED. DOROTHY M. GIBSON , J. ATTYS/PTYS ND 12/21/2005 |
| 01/26/2006 | 51 | REVIEW HEARING scheduled on 2/7/06. |
| 01/31/2006 | 70 | PENNEY KEYES FINKELSTEIN 'S MOTION FOR PROTECTIVE ORDER |
| 02/02/2006 | 52 | DEFENDANT'S (COREY) RESPONSE TO REPORT OF SPECIAL DISCOVERY MASTER ] |

CRTR2709-CR

**MASSACHUSETTS**
**MIDDLESEX PROBATE AND FAMILY COURT**
Public Docket Report

MI05D0173DV1
Finkelstein, Penney vs. Finkelstein, Corey

| Date | # | Description |
|---|---|---|
| 05/05/2006 | 62 | SCHEDULING ORDER ON COMPLAINT FOR DIVORCE FILED 01/21/2005. DOROTHY M. GIBSON, J. ATTYS/PTYS ND 05/09/2006 |
| 05/24/2006 | 53 | PRETRIAL scheduled on 6/15/2006. |
| 05/24/2006 | 63 | FINANCIAL STATEMENT OF PLAINTIFF PENNEY KEYES FINKELSTEIN |
| 05/24/2006 | 64 | FINANCIAL STATEMENT OF DEFENDANT COREY STEVEN FINKELSTEIN |
| 05/24/2006 | 65 | MOTION FOR COUNSEL FEES ALLOWED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND 05/30/2006 |
| 05/24/2006 | 66 | TEMPORARY ORDER. DOROTHY M. GIBSON, J. ATTYS/PTYS ND 05/30/2006 |
| 06/15/2006 | 54 | CFST scheduled on 10/23/2006. |
| 06/15/2006 | 55 | DAY 1 OF 5 CONTESTED TRIAL scheduled on 1/22/2007. |
| 06/15/2006 | 56 | DAY 2 OF 5 CONTESTED TRIAL scheduled on 1/23/2007. |
| 06/15/2006 | 57 | DAY 3 OF 3 CONTESTED TRIAL scheduled on 1/26/2007. |
| 06/15/2006 | 58 | DAY 4 OF 5 CONTESTED TRIAL scheduled on 1/29/2007. Day 4 Canceled. Case to be tried in 3 days. |
| 06/15/2006 | 59 | DAY 5 OF 5 CONTESTED TRIAL scheduled on 1/30/2007. Day 5 Canceled. Case to be tried in 3 days. |
| 06/15/2006 | 68 | FINANCIAL STATEMENT OF PLAINTIFF PENNY KEYES FINKELSTEIN |
| 06/15/2006 | 69 | FINANCIAL STATEMENT OF DEFENDANT COREY STEVEN FINKELSTEIN |
| 06/15/2006 | 73 | PRE-TRIAL ORDER. DOROTHY M. GIBSON, J. |
| 06/30/2006 | 67 | MOTION FOR FURTHER TEMPORARY ORDER ALLOWED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND 06/30/2006 |
| 10/12/2006 | 74 | TEMPORARY/SCHEDULING ORDER. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 12/29/2006 | 71 | MOTION, CONTESTED scheduled on 1/10/2007. |
| 01/05/2007 | 75 | COREY STEVEN FINKELSTEIN 'S MOTION FOR IN LIMINE |
| 01/07/2007 | 77 | COREY STEVEN FINKELSTEIN 'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| 01/09/2007 | 72 | MOTION, CONTESTED scheduled on 1/10/2007 rescheduled for 1/22/2007. |
| 01/09/2007 | 78 | PENNEY KEYES FINKELSTEIN 'S MOTION FOR CONTINUANCE OF HEARING ON DEFENDANT'S FIRST MOTION IN LIMINE, ROBERT KATES, ATTY. |
| 01/09/2007 | 79 | MOTION TO CONTINUE HEARING ON MOTION IN LIMINE ALLOWED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 01/11/2007 | 80 | REPORT OF THE SPECIAL DISCOVERY MASTER] |
| 01/22/2007 | 76 | MOTION IN LIMINE DENIED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 01/22/2007 |  | IMAGE ONLY: Motion [free text] Denied [date] |
| 01/22/2007 |  | IMAGE ONLY: Motion [free text] Denied [date] |
| 01/22/2007 |  | IMAGE ONLY: Motion [free text] Denied [date] |
| 01/22/2007 | 81 | PENNEY KEYES FINKELSTEIN 'S MOTION FOR COUNSEL FEES |
| 01/22/2007 | 82 | COREY STEVEN FINKELSTEIN 'S THIRD MOTION IN LIMINE |
| 01/22/2007 | 83 | THIRD MOTION IN LIMINE DENIED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 01/22/2007 | 84 | COREY STEVEN FINKELSTEIN 'S SECOND MOTION IN LIMINE |

MASSACHUSETTS
MIDDLESEX PROBATE AND FAMILY COURT
Public Docket Report

MI05D0173DV1
Finkelstein, Penney vs. Finkelstein, Corey

| Date | # | Description |
|---|---|---|
| 01/22/2007 | 85 | SECOND MOTION IN LIMINE DENIED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 01/22/2007 | 86 | PENNEY KEYES FINKELSTEIN'S FIRST MOTION IN LIMINE |
| 01/22/2007 | 87 | MOTION FOR FIRST IN LIMINE ALLOWED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 01/22/2007 | 150 | TRANSCRIPT OF HEARING 01/22/2007 FILED |
| 01/23/2007 | 151 | TRANSCRIPT OF HEARING 01/23/2007 FILED |
| 01/24/2007 | 88 | PROTECTIVE ORDER FOR SEAN HOLLAND AND MAUREEN DEVINE. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 01/26/2007 | 152 | TRANSCRIPT OF HEARING 01/26/2007 FILED |
| 01/29/2007 | 153 | TRANSCRIPT OF HEARING 01/29/2007 FILED |
| 01/30/2007 | 154 | TRANSCRIPT OF HEARING 01/30/2007 FILED (ALL TRANSCRIPTS SENT TO THIRD FLOOR) ON 3/25/2008 |
| 03/07/2007 | 89 | PENNEY KEYES FINKELSTEIN'S MOTION TO EXTEND TIME FOR POST TRIAL SUBMISSIONS |
| 03/07/2007 | 90 | MOTION TO EXTEND TIME FOR POST TRIAL SUBMISSIONS ALLOWED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 04/01/2007 | 91 | COREY STEVEN FINKELSTEIN'S ASSENTED TO MOTION TO EXTEND DEADLINE FOR PROPOSED JUDGEMENT |
| 04/02/2007 | 92 | MOTION TO EXTEND DEADLINE FOR PROPOSED JUDGEMENT ALLOWED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 05/23/2007 | 93 | FINDINGS OF FACT AND CONCLUSIONS OF LAW ON PLAINTIFF'S COMPLAINT FOR DIVORCE FILED 1/21/2005. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 05/23/2007 | 94 | JUDGMENT OF DIVORCE NISI DATED 05/23/2007. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 06/08/2007 | 95 | MOTION, CONTESTED scheduled on 6/18/2007. |
| 06/15/2007 | 96 | COREY STEVEN FINKELSTEIN'S NOTICE OF APPEAL FROM JUDGEMENT DATED 05/23/2007. ATTYS/PTYS AND JUDGE ND 06/15/2007 |
| 06/15/2007 | 97 | COREY STEVEN FINKELSTEIN'S OPPOSITION TO MOTION OF GEORGE HOLLAND TO WITHDRAW APPEARANCE AS COUNSEL FOR COREY STEVEN FINKELSTEIN |
| 06/18/2007 | 98 | MOTION FOR WITHDRAWAL OF GEORGE V. HOLLAND, COUNSEL FOR COREY STEVEN FINKELSTEIN |
| 06/18/2007 | 99 | MOTION FOR WITHDRAWAL OF GEORGE A. HOLLAND ALLOWED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND 06/18/2007 |
| 06/20/2007 | 105 | PENNEY KEYES FINKELSTEIN'S MOTION TO AMEND JUDGMENT OF DIVORCE NIDI DATED MAY 23, 2007 (GIBSON, J.) |
| 06/25/2007 | 102 | PENNEY KEYES FINKELSTEIN'S COMPLAINT FOR CONTEMPT FROM DATED 05/23/2007, RETURNABLE 08/08/2007. ROBERT KATES, FOR PLAINTIFF |
| 07/03/2007 | 100 | MOTION, UNCONTESTED scheduled on 7/25/2007. |
| 07/03/2007 | 106 | NOTICE OF APPEARANCE OF GERARD A. CYR, COUNSEL FOR COREY STEVEN FINKELSTEIN |
| 07/03/2007 | 107 | COREY STEVEN FINKELSTEIN'S MOTION TO FILE OPPOSITION LATE |
| 07/10/2007 | 101 | CONTEMPT RETURNABLE scheduled on 8/8/2007. |

CRTR2709-CR

**MASSACHUSETTS**
**MIDDLESEX PROBATE AND FAMILY COURT**
Public Docket Report

MI05D0173DV1
Finkelstein, Penney vs. Finkelstein, Corey

| Date | # | Entry |
|---|---|---|
| 07/23/2007 | 108 | SUMMONS ON CONTEMPT FILED, DATE OF SERVICE 07/17/2007 |
| 07/23/2007 | 109 | NOTICE OF APPEARANCE OF GERARD A. CYR., COUNSEL FOR COREY STEVEN FINKELSTEIN |
| 08/07/2007 | 103 | CONTEMPT RETURNABLE scheduled on 8/8/2007 rescheduled for 9/19/2007. |
| 08/07/2007 | 110 | JOINT MOTION FOR TO CONTINUE CONTEMPT HEARING |
| 08/07/2007 | 111 | MOTION FOR TO CONTINUE CONTEMPT ALLOWED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 08/17/2007 | 112 | AMENDED JUDGMENT OF DIVORCE NISI DATED AUGUST 17, 2007 AS OF MAY 23, 2007. DOROTHY M. GIBSON, J. ATTYS/PTYS ND. 8/20/07 |
| 08/22/2007 | 104 | JUDGMENT NISI ABSOLUTE BY STATUTE |
| 08/30/2007 | 160 | Corey S. Finkelstein 'S NOTICE OF APPEAL FROM Amended Judgement of Divorce DATED 08/17/2007. ATTYS/PTYS ND 06/06/2008   J. Gibson, J. ND 06/06/2008 |
| 09/11/2007 | 113 | COREY STEVEN FINKELSTEIN 'S MOTION FOR TO STAY EXECUTION |
| 09/19/2007 | 117 | PENNEY KEYES FINKELSTEIN 'S MOTION TO AMEND COMPLAINT FOR CONTEMPT |
| 09/19/2007 | 118 | MOTION FOR AMENDING COMPLAINT FOR CONTEMPT ALLOWED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND 10/25/2007 |
| 09/19/2007 | 119 | COREY STEVEN FINKELSTEIN S ANSWER TO COMPLAINT FOR CONTEMPT |
| 10/09/2007 | 114 | MOTION, CONTESTED scheduled on 11/7/2007. |
| 10/18/2007 | 122 | ORDER DATED 10/18/2007 ON COMPLAINT FOR CONTEMPT AS OF 09/19/2007 FILED 06/25/2007. DOROTHY M. GIBSON, J. ATTYS/PTYS ND 10/25/2007 |
| 10/24/2007 | 115 | MOTION, CONTESTED scheduled on 11/7/2007 rescheduled for 11/14/2007. |
| 10/24/2007 | 120 | BOTH PARTIES 'S MOTION FOR CONTINUING HEARING OF MOTION FOR STAY |
| 10/24/2007 | 121 | MOTION FOR CONTINUING HEARING OF MOTION FOR STAY ALLOWED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND 10/25/2007 |
| 10/26/2007 | 116 | CONTEMPT CONTINUED scheduled on 12/19/2007. |
| 11/14/2007 | 123 | PENNEY KEYES FINKELSTEIN 'S MOTION TO AMEND CONTEMPT ORDER DATED 10/18/2007 |
| 11/14/2007 | 124 | MOTION TO AMEND CONTEMPT ORDER DATED 10/18/2007 ALLOWED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 12/05/2007 | 125 | MOTION FOR STAY EXECUTION DENIED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 12/11/2007 | 126 | AMENDED ORDER DATED 12/11/2007 ON COMPLAINT FOR CONTEMPT FILED 06/25/2007. DOROTHY M. GIBSON, J. ATTYS/PTYS ND 12/11/2007 |
| 12/18/2007 | 127 | CONTEMPT CONTINUED scheduled on 12/19/2007 rescheduled for 1/4/2008. |
| 01/04/2008 | 128 | CONTEMPT CONTINUED scheduled on 1/4/2008 rescheduled for 1/11/2008. |
| 01/04/2008 | 129 | COREY STEVEN FINKELSTEIN 'S COMPLAINT FOR MODIFICATION OF JUDGMENT DATED 05/23/2007. (IN PLASTIC FOLDER) GERAED A. CYR, ESQ. |
| 01/04/2008 | 131 | THE PARTIES 'S MOTION FOR CONTINUANCE OF HEARING ON AMENDED COMPLAINT FOR CONTEMPT, GERALD A CYR & MAUREEN DEVINE, ATTY. |
| 01/04/2008 | 132 | MOTION TO CONTINUE HEARING ALLOWED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |

CRTR2709-0 Case 08-40743    Doc 173-1    Filed 12/14/09    Entered 12/14/09 17:01:51    Desc Exhibit A    Page 8 of 10
MASSACHUSETTS
MIDDLESEX PROBATE AND FAMILY COURT
Public Docket Report

MI05D0173DV1
Finkelstein, Penney vs. Finkelstein, Corey

| Date | No. | Entry |
|---|---|---|
| 01/04/2008 | 133 | PENNEY KEYES FINKELSTEIN 'S MOTION FOR SHORT ORDER OF NOTICE |
| 01/04/2008 | 134 | MOTION FOR SHORT ORDER OF NOTICE ALLOWED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 01/04/2008 | 135 | PENNEY KEYES FINKELSTEIN 'S COMPLAINT FOR CONTEMPT FROM DATED 12/11/2007, RETURNABLE. ROBERT KATES, FOR PLAINTIFF |
| 01/04/2008 | | IMAGE ONLY: Motion [free text] Allowed [date] |
| 01/04/2008 | | IMAGE ONLY: Motion [free text] Allowed [date] |
| 01/11/2008 | 136 | SUMMONS ON CONTEMPT FILED, DATE OF SERVICE 01/08/2008 |
| 01/11/2008 | 137 | COREY STEVEN FINKELSTEIN 'S FINANCIAL STATEMENT |
| 01/11/2008 | 138 | COREY STEVEN FINKELSTEIN S ANSWER TO COMPLAINT FOR CONTEMPT |
| 01/11/2008 | 139 | COREY STEVEN FINKELSTEIN 'S MOTION TO AMEND CONTEMPT ORDER DATED 12/11/2007 |
| 01/11/2008 | 140 | MOTION TO AMEND AMENDED CONTEMPT ORDER DENIED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 01/29/2008 | 141 | ORDER DATED 01/29/2008 ON COMPLAINT FOR CONTEMPT FILED 01/04/2008. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 02/01/2008 | 130 | MOTION, CONTESTED scheduled on 2/27/2008. |
| 02/04/2008 | 143 | COREY STEVEN FINKELSTEIN 'S MOTION TO COMPEL FINANCIAL STATEMENT |
| 02/14/2008 | 155 | PENNEY KEYES FINKELSTEIN 'S COMPLAINT FOR CONTEMPT FROM DATED 08/07/2007, RETURNABLE 03/19/2008. ROBERT J YATES AND MAUREEN JONES DEVINE FOR PLAINTIFF |
| 02/26/2008 | 144 | PENNEY KEYES FINKELSTEIN S ANSWER TO COMPLAINT FOR MODIFICATION |
| 02/27/2008 | 142 | CONTEMPT RETURNABLE scheduled on 3/19/2008. |
| 02/27/2008 | 145 | PENNEY KEYES FINKELSTEIN 'S MOTION TO AMEND ORDER ON CONTEMPT DATED 01/29/08 |
| 02/27/2008 | 146 | MOTION FOR TO AMEND ORDER ON CONTEMPT ALLOWED. DOROTHY M. GIBSON, J. ATTYS/PTYS ND 03/03/2008 |
| 02/27/2008 | 147 | AMENDED ORDER DATED 02/27/2008 AS OF JANUARY 29,2008. ON COMPLAINT FOR CONTEMPT FILED 01/04/2008. DOROTHY M. GIBSON, J. ATTYS/PTYS ND |
| 03/05/2008 | 156 | NOTICE OF INTENT TO DISMISS APPEAL DATED 06/15/2007 |
| 03/12/2008 | 148 | Corey S. Finkelstein 'S MOTION FOR RELIEF FROM JUDGRMENT |
| 03/12/2008 | 149 | Corey S. Finkelstein 'S MOTION FOR ASSEMBLY OF RECORD |
| 03/12/2008 | | IMAGE ONLY: Motion |
| 03/12/2008 | | IMAGE ONLY: Motion |
| 03/12/2008 | | IMAGE ONLY: Motion |
| 03/19/2008 | 157 | JUDGMENT OF DISMISSAL ON COMPLAINT FOR CONTEMPT, FILED 02/14/2008. DOROTHY M. GIBSON, J. ATTYS/PTYS ND 03/21/2008 |
| 05/05/2008 | 158 | MOTION FOR RELIEF OF JUDGMENT UNDER RULE 60 IS DENIED.AND FURTHER ORDER, THERE IS NO EVIDENCE THAT THE CASE WAS PRESENTED BY AN "ILL" ATTORNEY WHO EXCUSABLY NEGLECTED TO RAISE HEALTH ISSUES THAT HAVE COLORED THE SUBSEQUENT CONTEMPT PROCEEDINGS. DOROTHY M. GIBSON, J. ATTYS/PTYS ND 05/05/2008 |

CRTR2709-CR

# MASSACHUSETTS
## MIDDLESEX PROBATE AND FAMILY COURT
### Public Docket Report

**MI05D0173DV1**

Finkelstein, Penney vs. Finkelstein, Corey

| Date | No. | Description |
|---|---|---|
| 05/07/2008 | 159 | Corey S. Finkelstein 'S NOTICE OF APPEAL FROM judgement DATED 05/05/2008. ATTYS/PTYS ND 06/05/2008   J. Gibson , J. ND 06/05/2008/   WOF |
| 06/05/2008 | 161 | NOTICE OF RECORD ON APPEAL TO appeals AND ATTORNEYS/PARTIES OF RECORD/ Judgement dated 08/17/07 |
| 06/26/2008 | 165 | Withdrawal OF Robert O. Berger, atty for H |
| 07/07/2008 | 162 | CONTEMPT RETURNABLE scheduled on 8/13/2008. |
| 08/13/2008 | 168 | Limited Appearance by Brian J. Kelly, attorney for H |
| 08/13/2008 | 169 | H's Motion for evidentiary hearing |
| 08/13/2008 | 171 | W's Motion to Dismiss appeal or in alternative for counsel fees |
| 08/13/2008 | 173 | W's Opposition to h's motion to dismiss appeal |
| 08/13/2008 | 174 | FINANCIAL STATEMENT of W |
| 08/13/2008 | 175 | FINANCIAL STATEMENT of H |
| 08/13/2008 | 176 | Motion for temporary order |
| 08/13/2008 | 177 | H's Answer to Contempt dated 7/2/08 |
| 01/12/2009 | 163 | MOTION, CONTESTED scheduled on 1/28/2009. |
| 01/15/2009 | 179 | W's second Motion to dismiss h's appeal |
| 01/16/2009 | 164 | CONTEMPT CONTINUED scheduled on 1/26/2009. |
| 01/24/2009 |  | Informational docket entry: Converted Case from BasCOT - P&F on 01/24/2009 |
| 01/24/2009 |  | Case disposed at conversion on 01/24/2009 |
| 01/27/2009 | 180 | Joint Motion for continuance of status conference and hearing on motion teo dismiss |
| 02/17/2009 | 183 | H's Motion tor pre-trial conference |
| 03/02/2009 | 166 | Summons Filed, Date of Service 07/10/2008 |
| 03/02/2009 | 167 | Motion for relief from Judgment #158 Denied 050508 |
| 03/02/2009 | 170 | Motion for evidentiary hearing Allowed 08/13/2008 |
| 03/02/2009 | 172 | Motion to dismiss appeal Denied 08/13/2008 |
| 03/02/2009 | 178 | Order of Contempt |
| 03/02/2009 | 181 | Motion for continuance Allowed 01/27/2009 |
| 03/02/2009 | 182 | Motion to dismiss appeal Allowed 02/17/2009 |
| 03/02/2009 | 184 | Motion for scheduling a pre trial conference to be held on 5/14/09 Allowed 02/17/2009 |
| 03/12/2009 |  | Unattested Copy of Court Documents in Possession of Clerk, Register or Recorder MGL 262 s. 4b  Receipt: 3648  Date: 03/12/2009 |
| 03/27/2009 | 185 | Notice of Appeal by Corey S. Finkelstein of courts allowance of plaintiff's second motion to dismiss defendant's appeal docketedd 03/02/09  J. Gibson |
| 03/30/2009 | 186 | Notice of docket entry from APPEALS Court with respect to motion to docket appeal late filed by Coret S. Finkelstein----DENIED> Order entered on 03/18/09 |
| 04/02/2009 | 190 | Motion to Continue by both parties pre trial conference on modification |
| 04/09/2009 | 187 | Request tapes--Brian J. Kelly |
| 04/14/2009 |  | Uniform schedule of fess MGL 262 section 4b Tape Cassette Recordings of Proceedings  $50.00 plus $0.50 postage per ninety (90) minutes of recording or part thereof  Receipt: 6210  Date: 04/14/2009 |
| 04/14/2009 |  | Unknown-Unidentified Receipt: 6210  Date: 04/14/2009 |

Printed: 06/25/2009  10:33 am       Case No.: MI05D0173DV1       Page: 8

- R.8 -

CRTR2709-0
MASSACHUSETTS
MIDDLESEX PROBATE AND FAMILY COURT
Public Docket Report

MI05D0173DV1
Finkelstein, Penney vs. Finkelstein, Corey

| Date | # | Description |
|---|---|---|
| 05/06/2009 | 191 | Motion to reschudule moton to dismiss modification |
| 05/06/2009 | 188 | Pre-Trial Notice and Order Sent<br>Event: Pretrial Conference Domestic and Equity<br>Date: 06/04/2009  Time: 09:00 AM<br>Result: Neither Party Appeared |
| 05/13/2009 | 189 | Subsequent Action Contempt Filed |
| 05/20/2009 | 192 | Defendant, Penney Keyes's Motion to Dismiss Plaintiff's Complaint for Modification |
| 06/23/2009 | 193 | Motion to Dismiss Plaintiff's Complaint for Modification Denied 05/20/2009 |
| 06/25/2009 | 194 | Transcript Received--06/22/2009 |
| 06/25/2009 | 195 | Notice of Assembly of Record. Attorney/Parties and Appeals Court notified on 06/25/2009 |